UST-10, 2-97

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| GONZALEZ, BERTHA | ) | Case No. 09-03657-PCT RTB |
| | ) | |
| | ) | REPORT OF TRUSTEE'S SALE |
| | ) | |
| Debtor(s) | ) | |
| | ) | |

I, <u>WILLIAM E. PIERCE</u>, Trustee, make report of sale of certain assets of the debtor

Trustee's Sale held on <u>June 11</u>, <u>2009</u> , at <u>555 W.Road 3 North, Chino Valley, AZ 86323.</u>

PURCHASER: <u>Arturo's Mexican Restaurant, 8164 E. Spouse Dr., Prescott Valley,AZ 86314</u>

PURCHASER TAX ID NO.<u>13-042410 H</u>

DESCRIPTION OF ASSETS SOLD: <u>MISC. QUANTITY OF SHOES,CLOTHING ACCESSORIES                        AND FIXTURES</u>

PRICE:            $1,500.00


The trustee reports that he has received full payment of the purchase.


| June 29, 2009 | /s/William E. Pierce |
|---|---|
| DATE | WILLIAM E. PIERCE, Trustee |